UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE L. COTĖ** | **CIVIL ACTION NO: 2:10-cv-04375** |
| **VERSUS** | **SECTION "F"** <br> Judge Martin L.C. Feldman |
| **RENTROP TUGS, INC.** | **MAGISTRATE 2** <br> Judge Joseph C. Wilkinson, Jr. |

## ORDER OF DISMISSAL

Upon consideration of the foregoing Joint Motion to Dismiss;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Complaint, along with all supplemental and amending Complaints, all Claims, any other demands, and interventions filed in the above-entitled and numbered action are hereby dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __20th__ day of _____October_____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE